# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHASE THOMAS WELLS,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 83090

**FILED**

JUL 0 1 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on April 12, 2018. Appellant did not file the notice of appeal, however, until June 17, 2021, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-18991

cc: Hon. Susan Johnson, District Judge
Chase Thomas Wells
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk